ROSAMOND GIFFORD, Respondent, *v*. THE FIRST TRUST AND DEPOSIT COMPANY, as Executor of and Trustee under the Will of WILLIAM H. GIFFORD, Deceased, Appellant.

*Contract — specific performance — when contract by the terms of which a father agreed to leave his entire residuary estate to his daughter must be specifically performed.*

*Gifford* v. *First Trust & Deposit Co.*, 197 App. Div. 924, affirmed.

(Argued June 8, 1922; decided June 13, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 25, 1921, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to compel specific performance of an alleged written contract between father and daughter, the material part of which reads as follows: " It is also agreed by me that at my death I am to give her the entire residue of my estate of whatsoever name or nature the same may be and wheresoever situated, whether real, personal or mixed, absolutely and unconditionally, after the payment of my debts and the few bequests to relatives and friends, found specified in my will."

*A. H. Cowie* for appellant.

*Edwin Nottingham* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Not sitting: HISCOCK, Ch. J. Absent: HOGAN, J.